

DM02276/-Certified Mail-
02276.4VLVL.JSS1733438923.03.02.40

RYAN HALL
27 CREEKSIDE DR
PRESTONSBURG KY 41653-8915

# RESERVATION OF RIGHTS

## Review Your Property Claim

March 6, 2019

Dear Mr. Hall,

I'm writing regarding the claim referenced below.

| | |
|---|---|
| USAA policyholder: | Ryan Hall |
| USAA member number: | 042003497-001 |
| Date of loss: | December 21, 2018 |
| Location of loss: | Topmost, Kentucky |

Thank you for trusting USAA for your insurance needs. We're very sorry to learn that you have experienced a loss.

We're investigating your claim to confirm whether the loss is covered under your policy. Please see the enclosed Reservation of Rights and Policy Provisions for information about your policy.

We understand that this is a difficult situation, and we will strive to investigate the claim and provide you with more information in a timely manner.

## How to Contact Us

Please send any correspondence or questions to us using one of the following options and include the claim/reference number above on each page mailed or faxed:

| | | |
|---|---|---|
| | usaa.com or our mobile app: | Upload documents or post a secure message to your claim file through the Claim Communication Center. |
| | Address: | USAA Claims Department<br>P.O. Box 33490<br>San Antonio, TX 78265 |
| | Fax: | 1-800-531-8669 |
| | Phone: | 1-800-531-8722 |