**USAA®** Garrison Property and Casualty Insurance Company

# INSURANCE ACCOUNT

04664.4VNGG.JSS1733819997.01.01.1573

RYAN HALL
27 CREEKSIDE DR
PRESTONSBURG KY 41653-8915

## Contact Us About Your USAA Insurance Account

March 7, 2019

Dear Mr. Hall,

Thank you for trusting USAA with your insurance needs. We've recently tried to contact you by phone to discuss your homeowners policy. Unfortunately, we've been unable to reach you. At your earliest convenience, please call me at 210-531-USAA (8722), or use our mobile shortcut #8722 and enter my extension 47812 when prompted. If you need to avoid long-distance charges, call 800-531-8722.

**Do We Have Your Correct Information?**
When you have a few minutes, please make sure that the personal information we have for you is correct. To do this, log on to usaa.com and select:

1. **My Profile** at the top of the page.
2. **Update Address & Phone Numbers** from the drop-down menu.
3. **Edit** to make changes in the appropriate sections.

We value your business and look forward to serving all your financial needs.

Sincerely,

Heidi L Wright
Member Service Representative
Banking and Member Solutions
Garrison Property and Casualty Insurance Company

Garrison Property and Casualty Insurance Company, a subsidiary of USAA Casualty Insurance Company, is authorized to use the USAA logo, a registered trademark of United Services Automobile Association.

042003497 - DM-04664

**EXHIBIT 2**

55557-0718

Page 1 of 1