# TRAVIS HERBERT & STEMPIEN
### ATTORNEYS AT LAW

THE JEFFERSON MARDERS BUILDING
11507 Main Street
MIDDLETOWN HISTORIC DISTRICT
Louisville, Kentucky 40243

Brian D. Stempien
bstempien@thattorneys.com

PHONE: (502) 245-7474
FAX: (502) 245-7025
www.thslaw.co


Beth
Will e-mail 1-27-20

December 30, 2019

Ryan Hall
27 Creekside Dr.
Prestonsburg, KY 41653

Re:  Our Client:   USAA Insurance Company
     Claim No:     42003497-001
     DOL:          12/21/2018

Dear Mr. Hall:

USAA Insurance Company (USAA) frequently employs this law firm to assist with legal matters related to claims and lawsuits. USAA has asked us to assist in the investigation and evaluation of the above-referenced claim currently pending.

USAA is investigating all details related to the referenced claims. For this reason, USAA reserves all of its rights and defenses as provided under the law and the terms, provisions, conditions, and exclusions of your policy of insurance until USAA completes a full, comprehensive investigation and evaluation regarding all claims under investigation.

**This letter is to request that you (or, if you are represented by counsel, your attorney) contact me as soon as possible to schedule your sworn statement at our mutual convenience.**

Please note that the applicable insurance policy requires you to cooperate and provide a statement under oath. Your USAA policy states:

Section II, Para. 4. Duties After Loss
   In case of an accident or "occurrence" the "insured" will perform the following duties that apply...
...
b. Cooperate with us in the investigation, settlement or defense of any claim or suit.

One purpose of the examination under oath is to obtain facts (known to you) relevant to each claim alleged. Therefore, I will be inquiring about the vehicle, occupant(s) of the vehicle, injury to anyone and other matters related to any alleged accident and/or claimed event and claimed damages. If you have documents which might provide information about the vehicle, damage to the vehicle, the condition and value of any related vehicle(s), vehicle identification numbers of any involved vehicle(s), the people involved in any claimed accident, the pre-

EXHIBIT 3

December 30, 2019
Page 2

accident and post-accident condition of the vehicle(s) and the pre-accident and post-accident medical and physical condition of individuals making claims, any medical examinations, treatments or other injuries alleged and/or claimed and otherwise relevant thereto, you should bring those documents or tangible things with you.

Included with the documents and tangible things should be: vehicle title(s), registration(s), bill(s) of sale, purchase and maintenance records, relevant bank records (showing payment for vehicle purchase/repairs), documents from all insurance claims and people making claims, relevant photographs, recordings, images, computer records, etc. related to any involved vehicle(s) and claimant(s), all relevant medical records, all relevant medical bills, bank records and other receipts showing payment of medical bills and any other tangible records or things that might substantiate or confirm any aspect of the claim(s) being investigated.

The above list describes materials which may be pertinent to the investigation and which, if available, should be brought to your sworn statement.

The examination may be fairly lengthy. We will take appropriate breaks, but you should arrange your schedule so that you can be available one entire day.

Also, if you believe you may require an interpreter or other accommodation to assist with the examination, please provide your request in sufficient time for it to receive appropriate consideration.

If you have questions on any matters pertaining to the referenced claims or the examination, please do not hesitate to contact me or, if a lawyer is representing you, ask your attorney to contact me.

Thank you,

Brian D. Stempien

BDS/baa

cc: USAA Insurance Company
Claim No: **42003497-001**

**Kentucky law (KRS 304.47-030) requires that all claims forms shall contain a statement which states: Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.**