**Frances Johnson**

**From:** Heather Hall <heatherhall2111@gmail.com>
**Sent:** Friday, March 20, 2020 1:30 PM
**To:** Vanoverhall@bellsouth.net
**Subject:** Fwd: Review Your USAA Property Claim
**Attachments:** Reservation of Rights-1156.pdf

---------- Forwarded message ----------
From: **USAA Claims** <3plbk5jzw97d@claims.usaa.com>
Date: Thursday, March 19, 2020
Subject: Review Your USAA Property Claim
To: heatherhall2111@gmail.com

3plbk5jzw97d@claims.usaa.com

**Reservation of Rights**
View Accounts | Privacy Promise | Contact Us

**USAA SECURITY ZONE**
Ryan
Hall
USAA # ending in:3497

Thank you for agreeing to accept messages and documents electronically for the duration of this claim. Here are the terms and conditions for electronic communication with you.

USAA Reference Number: 042003497 - 1

Dear Mr. Hall,

Please see attached for additional information.

You may reply to this message. If you need to provide documentation, you can attach documents to your email. We cannot guarantee the security of any medical, financial or other personally identifiable information sent by email.

1

EXHIBIT 4