

Garrison Property and Casualty Insurance Company

# UPDATE ON YOUR CLAIM

RYAN HALL
420 ARNOLD FORK RD
KITE KY 41828-9066

 **Claim Update**

July 27, 2020

Dear Mr. Hall,

We are writing regarding the following claim:

| | |
|---|---|
| Policy holder: | Ryan Hall |
| Claim number: | 042003497-001 |
| Date of loss: | December 21, 2018 |
| Location of loss: | Topmost, Kentucky |

We've received information supporting your claim and are evaluating it. If we need additional information after our evaluation, we'll contact you.

Your claim for loss of use, dwelling, other structures, excess debris removal and trees, plans and shrubs are pending USAA to conclude the investigation.

## How to Contact Us

Please send any correspondence or questions to us using one of the following options and include the claim/reference number above on each page:

| | | |
|---|---|---|
| | usaa.com or our mobile app: | Upload documents or post a secure message to your claim file through the Claim Communication Center. |
| | Address: | USAA Claims Department<br>P.O. Box 33490<br>San Antonio, TX 78265 |
| | Fax: | 1-800-531-8669 |
| | Phone: | 1-800-531-8722 |

042003497 - 001 - 07348 - 03



54498-1217

Page 1 of 2

Sincerely,

Terry R Stout Jr
Large Loss 9
Garrison Property and Casualty Insurance Company

Garrison Property and Casualty Insurance Company, a subsidiary of USAA Casualty Insurance Company, is authorized to use the USAA logo, a registered trademark of United Services Automobile Association.

042003497 - 001 - 07348 - 03

54498-1217