

Company

# CLAIM INFORMATION

KEITH BARTLEY
310 SOUTH LAKE DRIVE
PO BOX 1378
PRESTONSBURG KY 41653-5378

August 7, 2020

Dear Keith Bartley,

I'm writing regarding the claim referenced below.

| | |
|---|---|
| **USAA policyholder:** | Ryan Hall |
| **Claim number:** | 042003497-001 |
| **Date of loss:** | December 21, 2018 |
| **Loss location:** | Topmost, Kentucky |

I received your letter dated 7/30/20. In order for me to correspond with you I will need you to first send me your letter of representation. You can email to me if you prefer at the following email address: 3plbk5jzw97d@claims.usaa.com

You can also mail to the address that you have on record. Thank you.

You may submit correspondence or questions to me using one of the following options:

| | | |
|---|---|---|
| | **Address:** | USAA Claims Department<br>P.O. Box 33490<br>San Antonio, TX 78265 |
| | **Fax:** | 1-800-531-8669 |
| | **Phone:** | 1-800-531-8722 |

Sincerely,

Terry R Stout Jr
Large Loss 9
Garrison Property and Casualty Insurance Company

Garrison Property and Casualty Insurance Company, a subsidiary of USAA Casualty Insurance Company, is authorized to use the USAA logo, a registered trademark of United Services Automobile Association.

Attached:  letter asking for more info