

Garrison Property and Casualty Insurance Company

# UPDATE ON YOUR CLAIM

RYAN HALL
420 ARNOLD FORK RD
KITE KY 41828-9066

## Claim Update

September 9, 2020

Dear Mr. Hall,

We are writing regarding the following claim:

| | |
|---|---|
| Policyholder: | Ryan Hall |
| Claim number: | 042003497-001 |
| Date of loss: | December 21, 2018 |
| Location of loss: | Topmost, Kentucky |

We've received information supporting your claim and are evaluating it. If we need additional information after our evaluation, we'll contact you.

USAA is continuing the investigation into your claim. Therefore, the items Fair Rental Value, Dwelling, Excess Debris Removal, Other Structures, and Trees Plants and Shrubs coverages remain open on your claim.

**Important Legal Information**
Your policy's Suit Against Us Provision prohibits you from taking any action against us unless you have given us notice of the loss, complied with all policy provisions, and started legal action within two (2) years after the date of loss.

How to Contact Us
Please send any correspondence or questions to us using one of the following options and include the claim/reference number above on each page:

| | | |
|---|---|---|
| | usaa.com or our mobile app: | Upload documents or post a secure message to your claim file through the Claim Communication Center. |
| | Address: | USAA Claims Department<br>P.O. Box 33490<br>San Antonio, TX 78265 |
| | Fax: | 1-800-531-8669 |
| | Phone: | 1-800-531-8722 |



EXHIBIT 8

042003497 - 001 - 07348 - 03

54498-0820

Page 1 of 2